NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Telephone: 949-748-1000

ATTORNEY(S) FOR: Jared Jones

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED JONES <br><br> Plaintiff(s), <br><br> v. <br><br> THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (a corporation), and DOES 1-500, Inclusive, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:25-cv-00227 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Jared Jones
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Jared Jones | Plaintiff |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (a corporation), and DOES 1-500, Inclusive, | Defendants |

January 29, 2025
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Jared Jones

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES