Anne Andrews, Esq. (SBN: 103280)
Sean T. Higgins, Esq. (SBN 266888)
Kimberly DeGonia, Esq., (SBN 256989)
ANDREWS & THORNTON
4701 Von Karman Ave., Ste 300
Newport Beach, CA, 92620

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jared Jones <br><br> Plaintiff(s), <br><br> v. <br> THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (a corporation), and DOES 1-500, Inclusive <br><br> Defendant(s). | CASE NUMBER <br><br> 5:25-cv-00227-KK-DTB <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

2/4/2025

_____
*Date*

_____
*Signature of Attorney/Party*

*NOTE:* ***F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

    ***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***